Tanya J. Monestier
101 Charleston Ave
Kenmore, NY
14217

November 11, 2025

Clerk of the Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

<u>Re: Availability for Oral Argument</u>
<u>*Burnett, et al. v. The National Association of Realtors, et al.*,</u> No. [Doc. 24-3585]

Dear Clerk of the Court:

I am writing in response to the Court's notice that this case has been screened for oral argument. I wish to advise the Court that I am unavailable for oral argument during the following dates:

- February 9–13, 2026
- April 13–17, 2026

During the February and April sitting, I am teaching Monday through Thursday and would be unable to travel for argument without disruption to the academic schedules of dozens of law students.

I respectfully reiterate my belief that oral argument is unnecessary in this case. No appellee has requested oral argument, and I believe the issues have been fully briefed and can be adequately resolved on the written submissions.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Tanya Monestier